**Electronically Filed
Supreme Court
SCWC-22-0000535
15-SEP-2025
10:44 AM
Dkt. 21 ODAC**

SCWC-22-0000535

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THE STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JAMES PU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000535; CASE NO. 2CPC-19-0000683)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Johnson, in place of Recktenwald, C.J., recused)

Petitioner James Pu's Application for Writ of

Certiorari, filed on July 21, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, September 15, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Ronald G. Johnson